IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA | CRIMINAL NO.: 14-CR-00738-CVR |
|---|---|
| Plaintiff | |
| v. | |
| **[2] PAUL J. OTTLEY** | |
| Defendant | |

## NOTICE OF ATTORNEY APPEARANCE

**TO THE HONORABLE COURT:**

**COMES NOW**, the defendant, **PAUL J. OTTLEY**, by and through the undersigned attorney, and very respectfully **ALLEGE** and **PRAY** as follows:

Defendant Paul J. Ottley inform this Honorable Court he has retained the legal services of the undersigned attorney.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 20th day of March 2023.

**I HEREBY CERTIFY**: That on this same date I electronically filed the foregoing document with the Clerk of Court for the District of Puerto Rico, through the CM/ECF electronic filing system, which will provide notification of this filing to the United States Attorney's Office for the District of Puerto Rico.

*s/Luis Rafael Rivera*
***LUIS RAFAEL RIVERA***
***USDC-PR 129411***
***LUIS RAFAEL RIVERA LAW OFFICES***
CAPITAL CENTER BLDG. SUITE 401
239 ARTERIAL HOSTOS AVENUE
SAN JUAN, PUERTO RICO 00918
PHONE: (787) 763-1780
FAX:  (787) 763-2145
E-MAIL: luiswichyrivera@hotmail.com